MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 23, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL JONES, ET AL.                    CIVIL ACTION

VERSUS                                  NUMBER: 11-01112

WAL-MART STORES, INC.                   SECTION: "N"(5)


A settlement conference was conducted in the above matter this

date.

PRESENT:  Bill Mura, Daniel Jones, Roy Beard

A resolution of this matter could not currently be achieved.

Plaintiff's counsel is to speak with the medical insurer to

determine if that company will waive any portion of its

reimbursement claim.

Plaintiff's counsel is to contact the Court on or before

February 27th to advise of the status of settlement.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MJSTAR(01:10)