UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL JONES, ET AL | * | CIVIL ACTION NO. 11-1112 |
| | * | |
| VERSUS | * | SECTION "KDE" 5 |
| | * | |
| WAL-MART STORES, INC. | * | MAGISTRATE "ALC" |
| * * * * * * * | | |

## O R D E R

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this ___8th___ day of ___May___, 2012.

_____
JUDGE